United States District Court
Southern District of Texas

**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-00144 |
|---|---|---|---|

STAN ZAKINOV, individually and on behalf of all others similarly situated,

*versus*

BEYOND MEAT, INC.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900; rkshelquist@locklaw.com<br>21310X (MN); 21310X (D. Minn.) |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff Stan Zakinov |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/19/2023 | Signed: s/ Robert K. Shelquist |
|---|---|

The state bar reports that the applicant's status is: **Active**

Dated: 01/19/2023     Clerk's signature *[signature]*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: January 19, 2023

*[signature]*
United States District Judge